Case 4:17-cv-02934   Document 23   Filed on 05/15/18 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
May 15, 2018
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| MAJDI ABUGEITH and JIMMY BREWER, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>FLOWERS FOODS, INC. and FLOWERS BAKING CO. OF HOUSTON, LLC,<br><br>Defendants. | CIVIL ACTION NO. H-17-2934 |

### FINAL JUDGMENT

In accordance with the court's Memorandum Opinion and Order granting Defendants' Motion to Dismiss, this action is **DISMISSED WITHOUT PREJUDICE** to Plaintiffs' right to pursue individual arbitration against Defendants.

Costs are taxed against the Plaintiffs.

This is a **FINAL JUDGMENT**.

**SIGNED** at Houston, Texas, on this the 15th day of May, 2018.

_____
SIM LAKE
UNITED STATES DISTRICT JUDGE